# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GREGORY WASHINGTON**,

    **Plaintiff,**

vs.                                                  **Case No. 4:16cv668-MW/CAS**

**BILL SHARP,**
**and DAREN SHIPPY,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Pro se Plaintiff Gregory Washington initiated this case in October 2016 by filing a civil rights complaint pursuant to 42 U.S.C. § 1983. ECF No. 1. Plaintiff was directed to file an in forma pauperis motion, which he did in January 2017. ECF No. 6. Plaintiff's in forma pauperis motion was granted on January 10, 2017, and he was assessed an initial partial filing fee. ECF No. 8. Thereafter, Plaintiff was granted an extension of time in which to submit payment of the assessed initial partial filing fee of $1.90. ECF Nos. 9-10. Plaintiff was required to submit payment on or before **April 28, 2017**. ECF No. 10.

Plaintiff was advised in several court orders that if he failed to pay the fee as required, a recommendation would be entered to dismiss this case. ECF No. 8 at 4; ECF No. 10 at 2.  As of this date, payment has not been made.  It appears that Plaintiff has abandoned this litigation and the case should now be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with court orders and failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on May 10, 2017.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:16cv668-MW/CAS