IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREGORY WASHINGTON,

       **Plaintiff,**

v.                                  Case No. 4:16cv668-MW/CAS

BILL SHARP and
DAREN SHIPPYM

       **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to comply with court orders and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on June 12, 2017.**

                                          **s/Mark E. Walker     **
                                          **United States District Judge**